UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GUADALUPE BETANCOURT, Individually,  :
:
       Plaintiff,  :
:
v.  :  Case No. 1:12-cv-640-GJQ
:
GRAND PROPERTIES OF HOLLAND, LLC.  :
A Domestic Limited Liability Company  :
:
       Defendant.  :
_____/  :

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby inform the Court that settlement of the present matter has been reached and the parties are in the process of finalizing the settlement agreement. The parties anticipate filing a dismissal with prejudice within the next 60 days. The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

Dated: October 3, 2012

FOR THE PLAINTIFF                                        FOR THE DEFENDANT

By: _/s/ Pete M. Monismith___                   By: _/s/ Peter D. Rhoades_____

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com | PETER D. RHOADES (P49515)<br>Attorney for Defendants<br>Rhoades Law Office PC<br>P O Box 2271<br>Holland MI 49422<br>616-355-7318<br>prhoades@vmlcollects.com |

1