UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| GUADALUPE BETANCOURT, Individually, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:12-cv-640-GJQ |
| | : | |
| GRAND PROPERTIES OF HOLLAND, LLC. | : | |
| A Domestic Limited Liability Company | : | |
| | : | |
| Defendant. | : | |
| _____/ | : | |

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburg, Pennsylvania 15213
Telephone: (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ Peter D. Rhoades
PETER D. RHOADES (P49515)
Attorney for Defendants
Rhoades Law Office PC
P O Box 2271
Holland MI 49422
616-355-7318
prhoades@vmlcollects.com
*Attorneys for Defendant*

## STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE

At a session of said Court, held in the U.S. District Court for the
Western District of Michigan,
    On: January 14, 2013

_____
PRESENT: Gordon J. Quist
United States District Court Judge

The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

                                           `/s/ Gordon J. Quist`
                                           Honorable Gordon J. Quist
                                           United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Peter D. Rhoades |
| PETE M. MONISMITH | PETER D. RHOADES (P49515) |
| PETE M. MONISMITH, PC | Attorney for Defendants |
| 3945 Forbes Avenue, | Rhoades Law Office PC |
| Suite #175 | P O Box 2271 |
| Pittsburg, Pennsylvania 15213 | Holland MI 49422 |
| Telephone: (724) 610-1881 | 616-355-7318 |
| Facsimile (412) 258-1309 | prhoades@vmlcollects.com ***Attorneys for Defendant*** |
| Pete@monismithlaw.com | |
| ***Attorneys for Plaintiff*** | |
| Dated: January 9, 2013 | Dated: January 9, 2013 |